UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| NATASHA TRISLER, ET AL | CIVIL ACTION NO. 1:17-CV-00421 |
| VERSUS | CHIEF JUDGE DEE D. DRELL |
| LIFESHARE BLOOD CENTERS | MAGISTRATE JUDGE PEREZ-MONTES |

**ORDER APPROVING STIPULATED FORM**
**OF NOTICE OF COLLECTIVE ACTION**

This matter is before the Court on the Joint Motion to Approve Stipulated Form of Notice of Collective Action Lawsuit filed jointly by Plaintiffs, Natasha Trisler and Heather Savage, and Defendant, LifeShare Blood Centers. The parties request that the Court approve their stipulation to conditionally certify this case as a collective action under the FLSA and authorize that notices agreed to by the parties be sent to all current and former employees of Life Share Blood Centers (excluding the Lake Charles center employees) who performed donor technician services at mobile blood drives during the past three years. An FLSA action may be brought by an employee "in behalf of himself…and all other employees similarly situated," but "[n]o employee shall be a party plaintiff to any such action unless he gives his consent in writing to become such a party and such consent is filed with the court in which such action is brought. 29 U.S.C. § 216(b). At the initial notice stage, the "courts appear to require nothing more than substantial allegations that the putative class members were together the victims of a single decision, policy or plan…." *Mooney v. Aramco Servs. Co.,* 54 F.3d 1207, 1213 fn. 8 (5th Cir. 1995), *overruled on other grounds by Desert Palace, Inc. v. Costa,* 539 U.S. 90, 123 S. Ct. 2148 (2003); *Lusardi v. Xerox Corp.,* 118 F.R.D. 351 (D. N.J. 1987). Based on a review of Plaintiffs' Petition, the stipulation of the parties, and the proposed notice, the Court is satisfied that Plaintiffs have met

the necessary threshold and will conditionally certify the case as a collective action under the FLSA.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Approve Stipulated Form of Notice of Collective Action is GRANTED.

IT IS FURTHER ORDERED that Defendant will make the agreed upon disclosures to Plaintiffs within seven days (7) days after entry of this Order and that, no later than ten (10) days after receiving the list, counsel for Plaintiffs will mail the agreed upon notice via first class mail to all current and former employees of Life Share Blood Centers (excluding the Lake Charles center employees) who performed donor technician services at mobile blood drives during the three year period prior to the date of this Order. Plaintiffs' counsel shall also include a self-addressed, stamped envelope in the mailing. Plaintiffs' counsel may, at their own expense, hire a class action administration company to oversee the mailing the notice and forms.

IT IS FURTHER ORDERED that Plaintiffs' counsel shall file an advisory of any sending of such notices with the Court within three (3) business days of doing so. In such advisories, Plaintiffs' counsel shall specify the date and manner of service by which notices were sent.

Dated this 15 day of _____May_____, 2017.

_____
Judge