UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NATASHA TRISLER, *ET AL.*, Plaintiffs | CIVIL ACTION NO. 1:17-CV-00421 |
| VERSUS | JUDGE DRELL |
| LIFESHARE BLOOD CENTERS, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiffs' Motion to Amend (Doc. 177) is DENIED.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 3RD day of December ~~November~~, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT