UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NATASHA TRISLER, et al. | CIVIL ACTION NO. 1:17-cv-00421 |
| VERSUS | JUDGE DEE D. DRELL |
| LIFESHARE BLOOD CENTER | MAGISTRATE PEREZ-MONTEZ |

### JUDGMENT

Considering the joint motion for approval and order of dismissal, and

Having reviewed a copy of the Confidential Settlement Agreement and Release of Claims and finding that the parties have entered a fair and reasonable resolution of a bona fide dispute for the reasons discussed at the November 3, 2021 status conference:

IT IS ORDERED, ADJUDGED AND DECREED that the proposed settlement is hereby approved as a full and final resolution of Plaintiffs' claims, and accordingly, the Joint Motion for Approval and Order of Dismissal, on the terms and conditions set forth in the Confidential Settlement Agreement and Release of Claims, is hereby **GRANTED.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE,** pursuant to the Confidential Settlement Agreement and Release of Claims. This dismissal shall not affect any claims currently pending in state court stemming from decertification of this matter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the case is hereby **CLOSED,** subject to the Court retaining jurisdiction for ninety (90) days to

enforce the terms of the Confidential Settlement Agreement and Release of Claims, if necessary.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 5 day of November, 2021.

                                              DEE D. DRELL, JUDGE
                                              UNITED STATES DISTRICT COURT